United States Bankruptcy Court
District of Puerto Rico

IN RE:  
**RIVERA SANTIAGO, JOSE MANUEL & GONZALEZ BURGOS, GRISSELLE**
Debtor(s)

Case No. **07-07678 ESL**
Chapter **13**

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____  
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: **2/05/2008**  
Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **530.00** x **60** = $ **31,800.00**  
$ _____ x _____ = $ _____  
$ _____ x _____ = $ _____  
$ _____ x _____ = $ _____  
$ _____ x _____ = $ _____  

TOTAL: $ **31,800.00**

Additional Payments:  
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:  
_____  
_____

☐ Other:  
_____  
_____

Periodic Payments to be made other than, and in addition to the above:  
$ _____ x _____ = $ _____

PROPOSED BASE: $ **31,800.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,800.00**

Signed: _____  
  Debtor

_____  
  Joint Debtor

Attorney for Debtor **Marilyn Valdes Ortega Law Offices**  Phone: **(787) 758-4400**

CHAPTER 13 PAYMENT PLAN

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ _____  
B. SECURED CLAIMS:  
☐ Debtor represents no secured claims.  
☑ Creditors having secured claims will retain their liens and shall be paid as follows:  
1. ☑ Trustee pays secured ARREARS:  
Cr. **RG MORTGAGE**  Cr. _____  Cr. _____  
# **02-0001379049**  # _____  # _____  
$ **650.00**  $ _____  $ _____  
2. ☑ Trustee pays IN FULL Secured Claims:  
Cr. **POPULAR AUTO**  Cr. _____  Cr. _____  
# **822-001-0929715-00(**  # _____  # _____  
$ **14,260.00**  $ _____  $ _____  
3. ☐ Trustee pays VALUE OF COLLATERAL:  
Cr. _____  Cr. _____  Cr. _____  
# _____  # _____  # _____  
$ _____  $ _____  $ _____  
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:  
_____  

5. ☐ Other:  
_____  

6. ☑ Debtor otherwise maintains regular payments directly to:  
**RG MORTGAGE**

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2) IRS - $2,579.42  
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.  
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____  
☐ Paid 100% / ☐ Other: _____  
Cr. _____  Cr. _____  Cr. _____  
# _____  # _____  # _____  
$ _____  $ _____  $ _____  
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)  
**See Continuation Sheet**

IN RE RIVERA SANTIAGO, JOSE MANUEL & GONZALEZ BURGOS, GRISSELLE     Case No. 07-07678 ESL

Debtor(s)

# CHAPTER 13 PAYMENT PLAN
## Continuation Sheet - Page 1 of 1

☐
☐
☐
☐
☐
☐
☐
☐
☐
☐
☐

**TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR.**

**ADEQUATE PROTECTION PAYMENT TO POPULAR AUTO UNTIL CONFIRMATION $ 100.00 TO BE PAID BY TRUSTEE MONTHLY.**

**AFTER CONFIRMATION EQUAL MONTHLY PAYMENT TO POPULAR AUTO OF $495.00 MONTHS ( 9 - 36 )**

**TRUSTEE WILL PAY POPULAR AUTO BEFORE MATURITY DATE. (INSURANCE NO NEEDED)**

**DEBTORS WILL PAY PRIORITY TO IRS**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br><br> JOSE MANUEL RIVERA SANTIAGO <br> GRISSELLE GONZALEZ BURGOS <br><br> Debtor(s) | CASE NUM.: 07-07678 ESL <br><br> CHAPTER 13 (ASSET CASE) |

**CERTIFICATE OF SERVICE**

**TO THE HONORABLE COURT:**

**COMES(S)** now Debtor(s) represented by the undersigned counsel and respectfully allege(s) and pray(s) as follows:

1. The undersigned attorney hereby certificates that has notified all creditors and persons with interest as per master address list of the Chapter 13, AMENDED PLAN Dated 02/05/2008 .

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of this service.

In San Juan, Puerto Rico, this 5TH day of February, 2008.

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **José R. Carrión, Esq.**, US Trustee **Monsita Lecaroz Arribas** and to all those who in this case have registered for receipt of notice by electronic mail and I hereby certify that I have mailed by regular mail to all creditors listed on the attached Master Address List.

**RESPECTFULLY SUBMITTED.**

/S/MARILYN VALDES ORTEGA
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O.Box 195596
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144

jco

| Label Matrix for local noticing<br>0104-3<br>Case 07-07678-ESL13<br>District of Puerto Rico<br>Old San Juan<br>Tue Feb  5 08:34:01 AST 2008 | R&G MORTGAGE CORPORATION<br>CARDONA JIMENEZ LAW OFFICE<br>PO BOX 9023593<br>SAN JUAN, PR 00902-3593 | US Bankruptcy Court District of P.R.<br>U.S. Post Office and Courthouse Building<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 |
|---|---|---|
| CENTENIAL DE PUERTO RICO<br>PO BOX 71333<br>SAN JUAN, PR  00936-8433<br><br>SANTURCE, PR  00910-0318 | CITI CARDS<br>PO BOX 689106<br>DES MOINES, IA  50368-9106<br><br>PHILADELPHIA PA 19114-0326 | CITIFINANCIAL<br>1008 AVE. AMERICO MIRANDA<br>REPARTO METRO SC SUITE 24<br>RIO PIEDRAS, PR  00921-2800 |
| OLD NAVY<br>PO BOX 530942<br>ATLANTA, GA  30353-0942 | POPULAR AUTO<br>PO BOX 15011<br>SAN JUAN, PR 00902-8511 | RG MORTGAGE<br>PO BOX 362394<br>SAN JUAN, PR  00936-2394 |
| SEARS CREDIT CARDS<br>P.O. BOX 183114<br>COLUMBUS, OH  43218-3114 | SPRINT<br>PO BOX 569670<br>DALLAS, TX 75356-9670 | Sprint Nextel -- Correspondence<br>Attn: Bankruptcy Dept<br>PO Box 7949<br>Overland Park, KS 66207-0949 |
| Sprint Nextel -- Distribution<br>Attn: PO Box 172408<br>Denver, CO 80217-2408 | WEST ASSET MANAGEMENT<br>220 SUNSET BLVD STE A<br>SHERMAN<br>TEXAS, TX 75092-7465 | WESTERNBANK<br>PO BOX 1180<br>MAYAGUEZ, PR  00681-1180 |
| GRISSELLE GONZALEZ BURGOS<br>HC 01 BOX 8419<br>GURABO, PR 00778-9455 | JOSE MANUEL RIVERA SANTIAGO<br>HC 01 BOX 8419<br>GURABO, PR 00778-9455 | JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 |
| MARILYN VALDES ORTEGA<br>VALDES-ORTEGA<br>P O BOX 195596<br>SAN JUAN, PR 00919-5596 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET  SUITE 301<br>SAN JUAN, PR 00901-1938 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

INTERNAL REVENUE SERVICE
MERCANTIL PLAZA BUILDING
2 PONCE DE LEON AVENUE, SUITE 1014
SAN JUAN, PR 00918-1693